**ZELMANOVITZ & ASSOCIATES PLLC**
**1211 Avenue of the Americas, 40th Floor**
**New York, NY  10036**
**(646) 898-1575**
**Menachem O. Zelmanovitz**
**mendy@zelmlaw.com**
**Attorneys for Fink & Zelmanovitz, P.C., as nominee**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

In re:

    PEGGY SHULER,

                  Debtor.

Case No. 14-41228 (CEC)

Chapter 13

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

    **PLEASE TAKE NOTICE** that the undersigned appears for Fink & Zelmanovitz, P.C., as nominee, a creditor and party in interest, and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> Menachem O. Zelmanovitz, Esq.
> Zelmanovitz & Associates PLLC
> 1211 Avenue of the Americas, 40th Floor
> New York, New York  10036
> Phone:    (646) 898-1575
> Telecopy:  (212) 753-0396
> Email:    mendy@zelmlaw.com

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any

application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Fink & Zelmanovitz, P.C., as nominee, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York  **ZELMANOVITZ & ASSOCIATES PLLC**
March 20, 2014  Attorneys for Fink & Zelmanovitz, P.C., as nominee

By: /s/ Menachem O. Zelmanovitz
Menachem O. Zelmanovitz

1211 Avenue of the Americas, 40th Floor
New York, New York 10036
(646) 898-1575
mendy@zelmlaw.com

TO:

Peggy Shuler
109-20 221st Street
Queens Village, NY 11429

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NewYork 10014

Launch Development LLC
189-10 Hillside Avenue
Hollis, NY 11423

Emigrant Funding Corporation
6 East 43rd Street
New York, NY 11030-3948

Michael J. Macco, Esq.
135 Pinelawn Road
Suite 120 South
Melville, NY 11747